AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Russell, David E. | Eastern District of California | 03/18/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Recalled Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee of ▮▮▮▮ Trust. Assets reported in Part VII | The Primary Trust |
| 2. | Trustee of Living Trust ▮▮▮▮▮▮ . Assets reported in Part VII | The Secondary Trust |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, David E.** | 03/18/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, David E.** | 03/18/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.         IRA | | | | | | | | | |
| 1. American Electric Power Co | A | Dividend | J | T | | | | | |
| 2. Berkshire Hathaway Inc | | None | J | T | | | | | |
| 3. BP PLC ADS | A | Dividend | J | T | | | | | |
| 4. Chico Fas Inc. | A | Dividend | J | T | | | | | |
| 5. Clorox Co De | A | Dividend | J | T | | | | | |
| 6. Emerson Electric Co | A | Dividend | J | T | | | | | |
| 7. General Mills Inc. | A | Dividend | J | T | | | | | |
| 8. Hawaiian Electric Ind | A | Dividend | J | T | | | | | |
| 9. Nestle Spon ADR Reg Shr | A | Dividend | J | T | | | | | |
| 10. Pepsico Inc | A | Dividend | J | T | | | | | |
| 11. PG&E Corporation | A | Dividend | J | T | | | | | |
| 12. Plum Creek Timber | A | Dividend | J | T | | | | | |
| 13. Procter & Gamble | A | Dividend | J | T | | | | | |
| 14. Target Corp | A | Dividend | J | T | | | | | |
| 15. M/S Bank | A | Interest | J | T | | | | | |
|         IRA (see Part VIII) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 1. M/S Bank | A | Interest | L | T | | | | | |
| 19. 2. Alerian MLP ETF | A | Distribution | J | T | Buy | 11/15/12 | J | | |
| 20. 3. CPFL Energia S.A. | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 21. 4. ISHARES Barclays Agg Bd Fd fka Lehmans Aggregate | A | Dividend | K | T | | | | | |
| 22. 5. ISHARES S&P Midcap 400 Index | A | Dividend | J | T | | | | | |
| 23. 6. ISHARES S&P Smallcap 600 Index | A | Dividend | J | T | | | | | |
| 24. 7. American Euro - pacific Growth Fund | A | Dividend | | | Buy (add'l) | | | J | ReinvestDivdsExchanged for |
| 25. 8 AmericanEuroPadific Growth Fund 2 | A | Dividend | J | T | Open | 11/21/12 | J | | ExchangedfromaboveRevest D |
| 26. 9. American GR FD of America F1 | A | Dividend | | | Buy (add'l) | | | J | ReinvestDivdsExchanged for |
| 27. 10. American GR FD of America F2 | A | Dividend | K | T | Open | 11/21/12 | J | | Exchanged from above Reinv |
| 28. 11. Columbia Acorn A | A | Dividend | | | Buy (add'l) | | | J | ReinvestDivsExchange for |
| 29. 12. Columbia Acorn Z | A | Dividend | K | T | Open | 01/04/12 | J | | Exchanged from avove Reinv |
| 30. 13. DWS Short Duration Plus A | A | Dividend | K | T | Buy (add'l) | | | J | Reinvested Dividends |
| 31. 14. First Eagle Global I | A | Dividend | K | T | Buy (add'l) | | | J | Reinvested Dividends |
| 32. 15. First Eagle Gold I | A | Dividend | J | T | Buy (add'l) | | | J | Reinvested Dividends |
| 33. 16. Ing Global Real Estate | A | Dividend | K | T | Buy (add'l) | | | J | Reinvested Dividends |
| 34. 17. Loomis Investment Grade Bd A | A | Dividend | | | Buy (add'l) | | | J | ReinvestDvdExchanged for |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 18. Nataxis Loomis Say Inv Gr Bd Y class Y share | A | Dividend | K | T | Open | 03/20/12 | J | | Exchanged from above Reinv |
| 36. 19. Pimco Real Return | A | Dividend | J | T | Buy (add'l) | | J | | Reinvested Dividends |
| 37. CASH FUNDS | | | | | | | | | |
| 38. 1. American Express Savings | A | Interest | J | T | | | | | |
| 39. 2. Golden 1 Credit Union | A | Dividend | K | T | | | | | |
| 40. 3. Schools Financial Credit Union | A | Interest | K | T | | | | | |
| 41. 4. Tri Counties Bank | A | Interest | J | T | | | | | |
| 42. PRIMARY TRUST | | | | | | | | | |
| 43. 1. 3M Company | A | Dividend | J | T | | | | | |
| 44. 2. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 45. 3. Altria Group Inc | A | Dividend | J | T | | | | | |
| 46. 4. Anadarko Petroleum | A | Dividend | J | T | | | | | |
| 47. 5. Analy Capital Mgmnt Inc | A | Dividend | J | T | | | | | |
| 48. 6. Arthur J. Gallagher | A | Dividend | J | T | | | | | |
| 49. 7. AT&T | A | Dividend | J | T | | | | | |
| 50. 8. Atmos Energy | A | Dividend | J | T | | | | | |
| 51. 9.. Barcap ETN-IPATH DJ-AIG Commodity Tot Ret | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 10. Berkshire Hathaway B | | None | J | T | | | | | |
| 53. 11. Blackrock CA Muni Income Trust | A | Dividend | J | T | | | | | |
| 54. 12. Catapillar Inc | A | Dividend | J | T | | | | | |
| 55. 13. Cincinnati Financial | A | Dividend | J | T | | | | | |
| 56. 14. Conoco Phillips | A | Dividend | J | T | Distributed (part) | 01/30/12 | | | See Part VIII |
| 57. 15. Dow Chemical Company | A | Dividend | J | T | | | | | |
| 58. 16. Duke Energy Corp | A | Dividend | K | T | | | | | |
| 59. 17. Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 60. 18. Frontier Communications Corp | A | Dividend | J | T | | | | | |
| 61. 19. Google Inc-Cl A | | None | J | T | Buy | 11/29/11 | J | | |
| 62. 20. Health Care REIT | A | Dividend | J | T | | | | | |
| 63. 21. Home Depot Inc | A | Dividend | J | T | | | | | |
| 64. 22. ISHARES MSCI EAFE Fund | A | Dividend | J | T | | | | | |
| 65. 23. ISHARES MSCI Emerging Mks Fd | A | Dividend | J | T | | | | | |
| 66. 24. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 67. 25. Kimberly Clark Corp | A | Dividend | J | T | | | | | |
| 68. 26. Kraft Food Group Inc Com | | None | J | T | | 10/01/12 | J | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | 27. Kraft Foods Inc | A | Dividend | | | Distributed (part) | 10/05/12 | | | Name Changed to Mondelez |
| 70. | 28. Lowes Companies Inc | A | Dividend | J | T | | | | | |
| 71. | 29. MercadoLibre Inc | A | Dividend | J | T | Buy | 06/08/12 | | | |
| 72. | 30. Mondalez Intl Inc Com | | None | J | T | | 10/05/12 | | | Name change fr Kraft Foods |
| 73. | 31. Netgear Inc | | None | J | T | | | | | |
| 74. | 32. Nextera Energy Inc Com | A | Dividend | J | T | | | | | |
| 75. | 33. Novartis AG ADR | A | Dividend | J | T | | | | | |
| 76. | 34. Otter Tail Corp | A | Dividend | J | T | | | | | |
| 77. | 35. Pfizer Inc | A | Dividend | | | Sold | 09/05/12 | J | | Sold for loss |
| 78. | 36. Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 79. | 37. Phillips 66 Com | | None | J | T | | 04/30/12 | J | | See Part VIII |
| 80. | 38. Sohu.Com Inc | | None | J | T | Buy | 03/02/12 | J | | |
| 81. | 39. SPDR S&P Emerging Asia Pacif | A | Dividend | J | T | | | | | |
| 82. | 40. SPDR S&P Intl Utilities Sector | A | Dividend | J | T | Buy | 09/05/12 | J | | |
| 83. | 41. Spectra Energy Corp | A | Dividend | J | T | | | | | |
| 84. | 42. Sysco Corp | A | Dividend | J | T | | | | | |
| 85. | 43. The Technology Sel Sec SPDR Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. 44. Time Warner Cable Inc New | A | Dividend | J | T | | | | | |
| 87. 45. Time Warner Inc New | A | Dividend | J | T | | | | | |
| 88. 46. TJX COS Inc New | A | Dividend | K | T | | | | | |
| 89. 47. USG Corp New | | None | K | T | | | | | |
| 90. 48. Verizon Communications | A | Dividend | J | T | | | | | |
| 91. 49. Waste Connections | | None | J | T | | | | | |
| 92. 50. California St Genl Oblig | A | Interest | K | T | | | | | |
| 93. 51. Columbia Select Smllr Cp Val A | A | Dividend | J | T | | | | | |
| 94. 52. Franklin CA Tax Free Income Fd | A | Dividend | J | T | | | | | |
| 95. 53. Franklin Mutual Global Discovery A | A | Dividend | J | T | | | | | |
| 96. 54. Thornburg CA Ltd Term Muni A Fd | A | Dividend | J | T | | | | | |
| 97. 55. M/S Bank & Money Mkt Fds | A | Interest | K | T | | | | | |
| 98. SECONDARY TRUST | | | | | | | | | |
| 99. 1. American Express Savings A/c | A | Interest | | | Closed | 11/22/12 | M | | Transfer to M/S Bank |
| 100. 2. M/S Bank A/c | A | Interest | K | T | Distributed (part) | 12/03/12 | L | | Transferr to Beneficiaries |
| 101. 3. Hawaiian Electric Ind | D | Dividend | M | T | Sold (part) | 06/18/12 | K | D | |
| 102. 4. Wells Fargo & Co New | A | Dividend | | | Sold | 04/26/12 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/18/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. 5. California St Var Purpose Bond | A | Interest | K | T | | | | | |
| 104. 6. Franklin CA Tax Free Income Fd, Class A | A | Dividend | J | T | | | | | |
| 105. 7. Hartford Fortis Masters VA | A | Interest | | | Redeemed | 12/31/12 | L | E | |
| 106. 8.. Rental Property, San Lorenzo, CA | E | Rent | N | V | | | | | See Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 03/18/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 17. The DER IRA is managed by our broker. We have no control over the investments.

Part VII, line 69. Kraft Foods Inc declared a dividend creating Kraft Food Group Com, and then changed its name to Modelez (see line 71).

Part VII, line 37. Conoco Phillips (line 14) declared a divident creating Phillips 66 Com.

Part VII, line 106. The value was determined by a real estate broker using comparable sales.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David E. Russell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544